THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* CHARLES M. LA PLACA, Appellant.

Argued October 10, 1945; decided January 18, 1946.

*William L. Clay* for appellant.

*Daniel J. O'Mara, District Attorney (Clarence J. Henry* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and MEDALIE, JJ.